FILED

09/23/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0416

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0416

STATE OF MONTANA,

Plaintiff and Appellee,

v.

SIOUX DAUN HUETTE,

Defendant and Appellant.

**GRANT**

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until October 28, 2024, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
September 23 2024